LARRY MELTON v. STATE FARM MUTUAL
INSURANCE COMPANY.

September 6, 1989.

Petition for certification denied.

DARLENE M. SMITH, ETC. v. SAMUEL CORALUZZO CO., INC.

September 6, 1989.

Petition for certification denied.

NEW BRUNSWICK SCIENTIFIC CO., INC., ET AL. v. THOMAS
BOWER, ET AL.

September 6, 1989.

Petition for certification denied.

MICHAEL BELL v. GUERINO CARLOMAGNO.

September 6, 1989.

Petition for certification denied.